

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217

May 31, 2021

Hon. Analisa Torres
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: LOPEZ V. TACO MIS DELANCEY LLC et al.
**DOCKET NO. 1:21-cv-03017-AT**

Dear Judge Torres:

The undersigned represents Samuel Lopez, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the June 8, 2021 initial pretrial conference. This is plaintiff's first request for an adjournment of the conference.

To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with me. Accordingly, I respectfully request that the initial pretrial conference be adjourned for thirty (30) days to provide defendants additional time to appear.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy

GRANTED. The initial pretrial conference scheduled for June 8, 2021, is ADJOURNED to **July 8, 2021**, at **11:00 a.m.** By **July 1, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 7, 2021
New York, New York

ANALISA TORRES
United States District Judge