

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217   Glevy@glp...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/10/2021

August 9, 2021

Hon. Analisa Torres
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   LOPEZ V. TACO MIX DELANCEY LLC et al.
      **DOCKET NO. 1:21-cv-03017-AT**

Dear Judge Torres:

The undersigned represents Samuel Lopez, the plaintiff in the above-referenced matter. I write to respectfully request a thirty (30) day extension of time to move for default judgment against the currently non-answering defendants.

On August 2, 2021, I served courtesy copies of the pleadings along with the Clerk's Certificate of Default (ECF Nos. 21, 22) on both defendants. Accordingly, I respectfully request thirty (30) days to provide defendants additional time to appear.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy

GRANTED.  By **September 9, 2021**, the parties shall file their joint letter and proposed case management plan, or Plaintiff shall move for a default judgment.

SO ORDERED.

Dated:  August 10, 2021
         New York, New York

ANALISA TORRES
United States District Judge