```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
SAMUEL LOPEZ,

                        Plaintiff,

        -against-                                    21 Civ. 3017 (AT)

TACO MIX DELANCEY LLC, and                           ORDER
DELANCEY TOWERS LLC.,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/20/2021_

ANALISA TORRES, District Judge:

    On July 7, 2021, the Court directed Plaintiff to move for a default judgment by August 2, 2021, in accordance with Attachment A to the Court's Individual Practices in Civil Cases, if Defendants had not appeared by that date. ECF No. 16. On September 9, 2021, Plaintiff filed a motion for default judgment against Defendants. ECF No. 25. However, the submission does not comply with the Court's Individual Practices, which require the moving party to file an affidavit or declaration signed by a <u>party with personal knowledge</u> which sets forth a statement of proposed damages and the basis for each element of damages, including a step-by-step explanation of each calculation. Individual Practices in Civil Cases, Attach. A ¶ 1(b).

    Accordingly, by **September 28, 2021**, Plaintiff shall resubmit his materials for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: September 20, 2021
       New York, New York

_____<br>
ANALISA TORRES<br>
United States District Judge