

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/28/2021

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217   ✉ Glevy@glpcnm.com   ☏ (347) 941- 4715

September 28, 2021

Hon. Analisa Torres
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   LOPEZ V. TACO MIX DELANCEY LLC et al.
      **DOCKET NO. 1:21-cv-03017-AT**

Dear Judge Torres:

The undersigned represents Samuel Lopez, the plaintiff in the above-referenced matter. I write to respectfully request a fourteen (14) day extension of time to supplement Plaintiff's motion for default judgment.

On September 20, 2021, Your Honor ordered that Plaintiff's file an affidavit or declaration by a party with personal knowledge in support of his motion for default judgment. Unfortunately, I have been informed that Samuel Lopez is currently in the hospital. My attempts to contact him have been unsuccessful and I have not been able to independently verify Mr. Lopez's condition. I therefore respectfully request a fourteen (14) day extension to supplement the motion or provide Your Honor with an update regarding Mr. Lopez's condition.

GRANTED.  By **October 12, 2021**, Plaintiff shall re-submit his papers in support of default judgment.

SO ORDERED.

Dated: September 28, 2021
       New York, New York

ANALISA TORRES
United States District Judge